IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

    Plaintiff,                     No. CIV S-07-1767 LKK DAD P

    vs.

J. DOVEY, et al.,

    Defendants.           ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to the undersigned magistrate judge in accordance with Local Rule 72-302 and 28 U.S.C. § 636(b)(1).

       In accordance with this court's February 21, 2008 order, plaintiff has submitted an in forma pauperis application that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, plaintiff will be granted leave to proceed in forma pauperis.

       Plaintiff is required to pay the statutory filing fee of $350.00 for this action. See 28 U.S.C. § 1914(a) & 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. See 28 U.S.C. § 1915(b)(1). Plaintiff will be obligated to make monthly payments of twenty percent of

the preceding month's income credited to plaintiff's prison trust account.  These payments will be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  See 28 U.S.C. § 1915(b)(2).

The court finds that plaintiff's complaint appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendants Abul, Dial, David, Dudley, French, Horensten, James, Miller, Reid, and Roche.  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

However, the court also finds that plaintiff's complaint fails to state a cognizable claim against defendants Dovey and Felker.  Plaintiff has failed to allege any specific causal link between the actions of these supervisory personnel defendants and the claimed constitutional violations.  See Fayle v. Stapley, 607 F.2d 858, 862 (9th Cir. 1979); Mosher v. Saalfeld, 589 F.2d 438, 441 (9th Cir. 1978).

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's March 19, 2008 application to proceed in forma pauperis is granted.

2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3.  Service of the complaint is appropriate for the following defendants:  Abul, Dial, David, Dudley, French, Horensten, James, Miller, Reid, and Roche.

4.  The Clerk of the Court shall send plaintiff ten USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed August 29, 2007.

5.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

1         a. The completed, signed Notice of Submission of Documents;

2         b. One completed summons;

3         c. One completed USM-285 form for each defendant listed in number 3

4         above; and

5         d. Eleven copies of the complaint, including the exhibits attached thereto,

6         filed August 29, 2007.

7     6. Plaintiff shall not attempt to effect service of the complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: June 13, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ches1767.1a

3

```
1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10  MICHAEL CHESS,
11          Plaintiff,              No. CIV S-07-1767 LKK DAD P
12      vs.
13  J. DOVEY, et al.,               NOTICE OF SUBMISSION
14          Defendants.             OF DOCUMENTS
15  _____/
16          Plaintiff hereby submits the following documents in compliance with the court's
17  order filed _____:
18          _____  one completed summons form;
19          _____  ten completed USM-285 forms; and
20          _____  eleven true and exact copies of the complaint, including the exhibits
21                 attached thereto, filed August 29, 2007.
22  DATED: _____.
23
24                                              _____
                                                Plaintiff
25
26
```