IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

      Plaintiff,                  No. CIV S-07-1767 LKK DAD P

      vs.

J. DOVEY, et al.,

      Defendants.             <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

      By an order filed June 13, 2008, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and other documents necessary to effect service on defendants. On June 30, 2008, plaintiff submitted the USM-285 forms but failed to file eleven copies of his complaint. Plaintiff requests that the court make copies of his complaint because he has been moved to administrative segregation where prison officials are allegedly withholding his legal and personal property.

/////

/////

/////

1

1         Plaintiff is advised that the court does not make copies of documents for the
2 parties. However, the court will grant plaintiff an additional thirty days to submit eleven copies
3 of his complaint as required by the court's June 13, 2008 order.[1]
4         Accordingly, IT IS HEREBY ORDERED that:
5         1. Plaintiff's June 30, 2008 request that the court make copies of his complaint is
6 denied;
7         2. The Clerk of the Court is directed to send plaintiff a copy of the complaint
8 filed August 29, 2007; and
9         3. Within thirty days from the date of this order, plaintiff shall complete the
10 attached Notice of Submission of Documents and submit to the court eleven copies of his
11 complaint. Failure to submit the copies or seek an extension of time to do so will result in a
12 recommendation for dismissal of this action.
13 DATED: July 8, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ja
ches1767.8f

---

[1] In the event that prison officials are still withholding his property in a manner that hampers his ability to comply with the court's order, plaintiff's may pursue an administrative grievance at his institution. See Cal. Code Regs. tit. 15, § 3084.1(a) (prisoners may appeal "any departmental decision, action, condition, or policy which they can demonstrate as having an adverse effect upon their welfare.").

```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10   MICHAEL CHESS,
11            Plaintiff,              No. CIV S-07-1767 LKK DAD P
12       vs.
13   J. DOVEY, et al.,                NOTICE OF SUBMISSION
14            Defendants.             OF DOCUMENTS
15   _____/
16            Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18   _____  Eleven true and exact copies of the complaint, including the exhibits
                      attached thereto, filed August 29, 2007.
19
     DATED: _____.
20
21
22                                                _____
                                                  Plaintiff
23
24
25
26
```