IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

    Plaintiff,                      No. CIV S-07-1767 LKK DAD P

    vs.

J. DOVEY, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On August 5, 2008, the court ordered the United States Marshal to serve the complaint on ten defendants. The Marshal was unable to effect service on defendants Dudley, Dial, and Horensten, reporting that the California Department of Corrections and Rehabilitation (CDCR) locator has no record of these defendants in their database.

        If plaintiff wishes to proceed with his claims against defendants Dudley, Dial, and Horensten, he must provide the court with additional information that will enable the United States Marshal to serve these defendants. Plaintiff shall promptly seek such information through any means available to him.

/////

/////

1

Plaintiff is cautioned that when service of a complaint is not made upon a defendant within 120 days after the complaint was filed, the court may be required to dismiss the plaintiff's claims against that defendant. See Fed. R. Civ. P. 4(m).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one summons, three USM-285 forms, an instruction sheet, and a copy of the complaint filed August 29, 2007;

2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the documents listed below:

    a. Three completed USM-285 forms for defendants Dudley, Dial, and Horensten;

    b. Four copies of the endorsed complaint filed August 29, 2007; and

    c. One completed summons form.

DATED: September 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ak
ches1767.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

      Plaintiff,                    No. CIV S-07-1767 LKK DAD P

     vs.

J. DOVEY, et al.,               NOTICE OF SUBMISSION

      Defendants.            OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ <u>one</u> completed summons form;

      ____ <u>three</u> completed USM-285 forms; and

      ____ <u>four</u> true and exact copies of the complaint filed August 29, 2007.

DATED: _____.

                                                    _____
                                                    Plaintiff