IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

        Plaintiff,                No. CIV S-07-1767 LKK DAD P

    vs.

J. DOVEY, et al.,

        Defendants.        ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On August 5, 2008, the court ordered the United States Marshal to serve the complaint on ten defendants. The Marshal was unable to effect service on defendant M. Reid. The litigation coordinator at CSP-Sacramento informed the U.S. Marshal that there is no nurse practitioner named M. Reid at CSP-Sacramento.

        If plaintiff wishes to proceed with his claims against defendant M. Reid, plaintiff must provide additional information that will enable the United States Marshal to serve this defendant. Plaintiff shall promptly seek such information through any means available to him.

        Plaintiff is cautioned that when service of a complaint is not made upon a defendant within 120 days after the complaint was filed, the court may be required to dismiss the plaintiff's claims against that defendant. See Fed. R. Civ. P. 4(m).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one summons, one USM-285 form, an instruction sheet, and a copy of the complaint filed August 29, 2007;

2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the documents listed below:

    a. One completed USM-285 form for defendant M. Reid;

    b. Two copies of the endorsed complaint filed August 29, 2007; and

    c. One completed summons form.

Failure to do so will result in a recommendation that defendant Reid be dismissed from this action. In the alternative, plaintiff may file a request to voluntarily dismiss defendant Reid from this action.

DATED: March 19, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
ches1767.8e(2)

|   |   |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

MICHAEL CHESS

    Plaintiff,                    No. CIV S-07-1767 LKK DAD P

    vs.

J. DOVEY, et al.,                    NOTICE OF SUBMISSION

    Defendants.              OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____ <u>one</u> completed summons form;

        ____ <u>one</u> completed USM-285 form; and

        ____ <u>two</u> true and exact copies of the complaint filed August 29, 2007.

DATED: _____.

                                            _____

                                            Plaintiff