IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

      Plaintiff,                    No. CIV S-07-1767 LKK DAD P

     vs.

J. DOVEY, et al.,

      Defendants.        ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 16, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Both parties have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The findings and recommendations filed July 16, 2009 are adopted in full;

3     2. Defendants' October 3, 2008 motion to dismiss (Doc. No. 24) is granted in part and denied in part as follows:

      a. Defendants' motion to dismiss plaintiff's complaint because it does not contain a short and plain statement, fails to establish any connection or causal link between the defendants' conduct and plaintiff's alleged injury, and fails to state a cognizable claim for inadequate medical care is denied; and

      b. Defendants' motion to dismiss plaintiff's injunctive relief claims are granted.

DATED: September 1, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT