IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

    Plaintiff,                    No. CIV S-07-1767 LKK DAD P

   vs.

J. DOVEY, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. This case will be referred to Magistrate Judge Craig S. Kellison to conduct a settlement conference at High Desert State Prison (HDSP) on October 7, 2009, at 1:00 p.m.

        In accordance with the above, IT IS HEREBY ORDERED that this case is set for mediation on October 7, 2009, at 1:00 p.m. at HDSP, Rice Canyon Road, Susanville, California.

DATED: October 1, 2009.

                                                    DALE A. DROZD
                                                    UNITED STATES MAGISTRATE JUDGE

DAD:9
ches1767.med