IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Chess,<br><br>        Plaintiff,<br><br>vs.<br><br>J. Dovey, et al.,<br><br>        Defendants. | CASE NO.  CIV S-07-1767  LKK DAD P<br><br>STATUS REPORT REGARDING<br>SETTLEMENT CONFERENCE |

    A settlement conference was held in the above matter on October 7, 2009, before the undersigned Magistrate Judge at High Desert State Prison.  This case did not settle at the time of conference, nor during the ensuing 10 day period extended to the parties to reopen mediation.

    Therefore, the reference to the undersigned has expired and this case is removed from the Prison Mediation Program for the Eastern District of California.

    IT IS SO ORDERED.


DATED: October 22, 2009

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE