1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL CHESS,

11          Plaintiff,                    No. CIV S-07-1767 LKK DAD P

12       vs.

13   J. DOVEY, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17   U.S.C. § 1983.  Pending before the court is plaintiff's motion to compel.

18          In plaintiff's motion to compel, he explains that he served defendants with his

19   discovery requests on January 16, 2010, four days late, and based on his untimeliness they have

20   refused to respond to his requests.  Plaintiff explains that he has been on institutional lock down

21   since January 2009 and has not had access to the law library, the law library paging system, and

22   law library copy machines despite his repeated requests for such access.  (Pl.'s Mot. to Compel at

23   1-2.)

24          In opposition to plaintiff's motion to compel, defense counsel explains that, on

25   January 16, 2010, plaintiff served defendants Miller, Dial, French, and James with

26   interrogatories, requests for production of documents, and requests for admission.  Counsel

1

1   contends that the defendants are not required to respond to plaintiff's untimely discovery

2   requests.  In addition, counsel contends that plaintiff has not provided good cause as to why his

3   discovery requests were untimely.  Finally, defense counsel notes that, in the event that the court

4   construes plaintiff's motion to compel as a motion for a nunc pro tunc extension of time to serve

5   his discovery requests, the defendants request a forty-five day extension of time to respond to the

6   discovery requests.  (Defs.' Opp'n to Pl.'s Mot. to Compel at 2-3.)

7            In the interests of justice, the court will construe plaintiff's motion to compel as a

8   motion for an extension of time to serve his discovery requests on defendants Miller, Dial,

9   French, and James.  In addition, good cause appearing, the court will grant defendants forty-five

10   days to respond to plaintiff's interrogatories, requests for production of documents, and requests

11   for admission.

12            Finally, the court notes that on February 8, 2010, plaintiff filed with the court

13   copies of his interrogatories and requests for admission for defendant David, and on February 11,

14   2010, filed a copy of his requests for admission for defendant Rahman.  Defense counsel has also

15   informed the court that on January 27, 2010, plaintiff late-served defendant Dudley with

16   interrogatories, requests for production of documents, and requests for admission, and on January

17   31, 2010, plaintiff late-served defendant David with interrogatories and requests for admission.

18            These discovery requests are not the subject of plaintiff's pending motion.

19   Accordingly, the court will not order defendants Rahman, David, or Dudley to respond to the

20   untimely discovery requests at this time.  The court will, however, direct the Clerk of the Court

21   to disregard the discovery requests plaintiff has filed in this case.  Neither discovery requests

22   served on an opposing party nor that party's responses should be filed until such time as a party

23   becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal

24   Rules of Civil Procedure.  Plaintiff is cautioned that further filing of discovery requests or

25   responses with the court, except as required by rule of court, may result in an order of sanctions,

26   including, but not limited to, a recommendation that this action be dismissed.

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  Plaintiff's motion to compel construed as a motion for a nunc pro tunc

3    extension of time to serve his discovery requests on defendants Miller, Dial, French, and James

4    (Doc. No. 68) is granted;

5        2.  Defendants Miller, Dial, French, and James are granted forty-five days from

6    the date of this order to respond to plaintiff's interrogatories, requests for production of

7    documents, and requests for admission; and

8        3.  The Clerk of the Court is directed to disregard plaintiff's discovery requests

9    (Doc. Nos. 69-71).

10   DATED: March 8, 2010.

11

12   _____

13   DAD:9                DALE A. DROZD
     ches1767.mtc         UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26