IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

        Plaintiff,                 No. CIV S-07-1767 LKK DAD P

    vs.

J. DOVEY, et al.,

        Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        Plaintiff has filed with the court copies of his request for production of documents from defendant David, request for production of documents from defendant Rahman, and request for production of documents from defendant Roche. At the time of filing, plaintiff did not have the benefit of the court's March 8, 2010 order informing him that filing discovery requests or responses to discovery requests with the court may result in an order of sanctions including but not limited to a recommendation that this action be dismissed, so the court will not sanction plaintiff at this time. Again, however, the court will direct the Clerk of the Court to disregard plaintiff's discovery requests and will remind plaintiff that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes

1

dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to disregard plaintiff's discovery requests (Doc. Nos. 75-77).

DATED: March 9, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ches1767.disc