IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

    Plaintiff,                      No. CIV S-07-1767 LKK DAD P

    vs.

J. DOVEY, et al.,

    Defendants.          <u>ORDER</u>

          Defendant David has requested an extension of time up to, and including, June 25, 2010 to respond to plaintiff's interrogatories, which were served on defendant on April 16, 2010. Good cause appearing, IT IS HEREBY ORDERED that:

          1. Defendant David's motion for an extension of time (Doc. No. 84) is granted; and

          2. Defendant David shall respond to plaintiff's April 16, 2010 interrogatories on or before June 25, 2010.

DATED: May 27, 2010.

                                                    DALE A. DROZD
                                                    UNITED STATES MAGISTRATE JUDGE

DAD:sj
ches1767.36disc(3)