IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

    Plaintiff,                    No. CIV S-07-1767 LKK DAD P

  vs.

J. DOVEY, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Defendants have requested an extension of time up to, and including, August 4, 2010 to file a motion for summary judgment. Good cause appearing, defendants' request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' June 24, 2010 request for an extension of time to file a motion for summary judgment (Doc. No. 88) is granted; and

        2. Defendants' shall file and serve any motion for summary judgment on or before August 4, 2010.

DATED: June 25, 2010.

DAD:sj
chess1767.36msj

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE