1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MICHAEL CHESS,

11              Plaintiff,                        No.  2:07-cv-1767 DAD P

12         vs.

13    J. DOVEY, et al.,

14              Defendants.                       ORDER

15    _____/

16              Plaintiff is a state prisoner proceeding through counsel.  Plaintiff retained his

17    attorney, William Gilg, who filed his formal notice of appearance in this action on June 9, 2011.

18    Now pending before the court is plaintiff's pro se motion filed May 31, 2012, seeking leave to

19    proceed without counsel and on his own behalf from this point forward in this case.

20              Plaintiff does not require permission from the court to proceed pro se.  However,

21    in order for plaintiff to do so, me must file a formal substitution of attorneys in this case that is

22    signed by both himself and Attorney Gilg.  See Local Rule 182(g).  Until a substitution of

23    attorneys is filed with the court, attorney Gilg will continue to be reflected as counsel of record in

24    /////

25    /////

26    /////

1    this case on the court's docket.[1]  Plaintiff is also forewarned that this matter is scheduled for trial

2    on June 25, 2012.  The court will neither continue nor delay the trial of this long-pending case

3    even if plaintiff now elects to proceed pro se at trial.

4              Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to proceed pro se

5    (Doc. No. 135) is denied as unnecessary.

6    DATED: June 5, 2012.

7

8                          _____
                         DALE A. DROZD

9    DAD:9                       UNITED STATES MAGISTRATE JUDGE
      ches1767.ps

10

11

12

13

14

15

16

17

18

19

20

21

22

23

---

24       [1]  On June 4, 2012, plaintiff's attorney of record, William E. Gilg, filed a notice of non-opposition to plaintiff's motion, reporting that he had been fired and requesting that the court grant plaintiff's motion or continue the trial date.  The court will not continue the trial date.

25 Plaintiff may proceed with his current counsel or file a substitution of attorneys and proceed on his own behalf.  If he elects the latter, plaintiff will be required to comply with the court's Final

26 Pretrial Order as well as with all deadlines set forth therein.