IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

      Plaintiff,                      No.  2:07-cv-1767 DAD P

    vs.

J. DOVEY, et al.,

      Defendants.            <u>ORDER</u>

                             /

       Plaintiff is a state prisoner proceeding pro se.  Plaintiff recently substituted himself in pro per in place of his former attorney William E. Gilg as counsel of record in this action.  Pending before the court is plaintiff's motion for an extension of time to file pretrial motions as well as plaintiff's motion for appointment of a mediator or arbitrator.

       It does not appear that plaintiff had the benefit of the court's recent orders when he filed his motion for an extension of time.  The court will reiterate in this order that this matter is proceeding to jury trial on June 25, 2012, and plaintiff is bound by all of the deadlines as stated in the court's pretrial order.  Accordingly, plaintiff's motion for an extension of time will be denied.

       As to plaintiff's motion for appointment of a mediator or arbitrator, as the court explained at the pretrial conference, the court will only set this matter for a further settlement

1

conference if the parties submit a joint request indicating that they believe a further settlement conference would be useful.  Defense counsel has made clear up to this point that a further settlement conference would not be productive.  Accordingly, plaintiff's motion for appointment of a mediator or arbitrator will be denied.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Plaintiff's motion for an extension of time (Doc. No. 143) is denied;

        2.  Plaintiff's motion for appointment of a mediator or arbitrator (Doc. No. 144) is denied; and

        3.  As reflected in the court's previous orders, this matter is proceeding to jury trial on June 25, 2012.  Plaintiff is bound by all deadlines set forth in the court's June 5, 2012 Pretrial Order.

DATED: June 12, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ches1767.deny