IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

        Plaintiff,                      No. 2:07-cv-1767 DAD P

    vs.

J. DOVEY, et al.,

        Defendants.        <u>ORDER</u>

                              /

        Plaintiff is a state prisoner proceeding through counsel. Pending before the court is plaintiff's motion for production of the trial transcript at government expense. Plaintiff's motion is unopposed. Moreover, plaintiff is proceeding in forma pauperis, and his appeal is not frivolous and appears to present substantial questions. <u>See</u> 28 U.S.C. § 1915(c); 28 U.S.C. § 753(f).

        Accordingly IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for production of the trial transcript at government expense (Doc. No 178) is granted; and

/////

/////

/////

1

1    2.  The law and motion hearing set in this matter for August 16, 2013, is vacated.

DATED: August 15, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ches1767.transcript